IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MENDOZA, | No. 2:22-CV-1136-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| G. MATTESON, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 4. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

   The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

   IT IS SO ORDERED.

Dated: July 26, 2022

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE