IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN MENDOZA, | No. 2:22-CV-1136-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| G. MATTESON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 10, for a 45-day extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to research and prepare an amended complaint, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 10, is GRANTED.

2. Plaintiff may file a first amended complaint within 45 days of the date of this order.

Dated: August 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1