IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GILBERT MENDOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. MATTESON, et al.,<br><br>　　　　　Defendants. | No. 2:22-CV-1136-DMC-P<br><br><br>ORDER<br><br>and<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's first amended complaint. See ECF No. 12.

　　　　On June 14, 2024, the Court issued an order addressing the sufficiency of Plaintiff's first amended complaint. See ECF No. 13. The Court determined that Plaintiff's first amended complaint states a cognizable First Amendment claim against Defendant Deberry, who allegedly denied Plaintiff his right to send and receive mail and his right to telephone calls in 2020. See id. at 5. The Court also determined that the first amended complaint states cognizable Eighth Amendment conditions-of-confinement claims against Defendants Muhammed, Stewart, Peterson, Deberry, Khim, Tyler, and Matteson with respect to COVID-19 sanitation and implementation of a "safe zone" policy between 2020 and 2022. See id. The Court concluded that the first amended complaint otherwise fails to state cognizable claims against any other

named defendant. See id. at 5-7.

Plaintiff was provided leave to file a second amended complaint addressing the deficiencies identified in the June 14, 2024, order and advised that, if no second amended complaint was filed within 30 days, the action would proceed on the cognizable claims against Defendants Deberry, Muhammed, Stewart, Peterson, Khim, Tyler, and Matteson, and that the Court would recommend dismissal of all other claims and defendants with prejudice for failure to state a claim. See id. at 7-8. To date, Plaintiff has not filed a second amended complaint and the Court now recommend dismissal of all claims and defendants except the cognizable claims identified in the Court's June 14, 2024, order.

Based on the foregoing, the undersigned orders and recommends as follows:

1. It is ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case.

2. It is RECOMMENDED that this action proceed on Plaintiff's first amended complaint as to the following claims and defendants:

    a. Plaintiff's First Amendment claim against Defendant Deberry, who allegedly denied Plaintiff his right to send and receive mail and his right to telephone calls in 2020.

    b. Plaintiff's Eighth Amendment conditions-of-confinement claims against Defendants Muhammed, Stewart, Peterson, Deberry, Khim, Tyler, and Matteson with respect to COVID-19 sanitation and implementation of a "safe zone" policy between 2020 and 2022.

3. It is RECOMMENDED that all other claims and defendants be dismissed with prejudice for failure to state a claim.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections.

///

///

///

Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 1, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE