IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GILBERT MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>S. DEBERRY,<br><br>Defendant. | No. 2:22-CV-1136-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendant Deberry's motion to dismiss.  See ECF No. 30.  Good cause appearing therefor, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 30, is granted.

2. Plaintiff's opposition to Defendant's motion to dismiss is due within 30 days of the date of this order.

Dated:  October 2, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1