**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN GILBERT MENDOZA,
Plaintiff,
v.
S. DEBERRY,
Defendant.

No. 2:22-CV-01136-DJC-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On September 29, 2026, the Magistrate Judge filed findings and recommendations, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to largely be supported by the record and the Magistrate Judge's analysis. However, while the Magistrate Judge was correct in declining to address Plaintiff's theory of retaliation raised for the first time in his opposition, the undersigned concludes Plaintiff should be given leave to amend to raise this theory.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 29, 2026, ECF No. 37, are adopted in part.
2. Defendant's Motion to Dismiss (ECF No. 29) is GRANTED IN PART:

a. The claim related to denial of telephone access on April 13, 2023 is dismissed with leave to amend; and

b. The claim related to the letter to Senator Skinner is dismissed without leave to amend.

3. Within twenty-one (21) days of this order, Plaintiff is directed to filed a Second Amended Complaint in this action. Failure to file an amended complaint may result in a recommendation that this action be dismissed for failure to prosecute.

4. This action is referred to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE